Janel R. Ablon, Bar No. 198678
jablon@littler.com
Kyra A. Buch, Bar No. 296192
kbuch@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Fax No.: 800.715.1330

Attorneys for Defendant
**AMAZON.COM SERVICES LLC**

Danny Yadidsion, Esq. (State Bar No. 260282)
danny@laborlawpc.com
Alynia Phillips, Esq. (State Bar No. 309219)
alynia@laborlawpc.com
LABOR LAW PC
100 Wilshire Blvd., Suite 700
Santa Monica, California 90401
Telephone: 310.494.6082

Attorneys for Plaintiff **KORIN TORRENCE**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORIN TORRENCE,<br><br>  Plaintiff,<br><br>  v.<br><br>AMAZON.COM SERVICES LLC; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. 2:24-cv-06265-RGK-JC<br><br>**MODIFIED PROTECTIVE ORDER** |

4886-2877-0017.1 / 114766-1199

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

PROPOSED PROTECTIVE ORDER

# MODIFIED ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves the Proposed Stipulation and Protective Order (Docket No. 12) with the following modifications:

1. Paragraph 1(d) is modified to read as follows: "The term 'Confidential Material(s)' or 'Protected Material(s)' means any Documents, Testimony, or Information as defined below designated as 'Confidential' pursuant to the provisions of this Stipulation and Protective Order."

2. The last sentence of Paragraph 17 is modified to read as follows: "If a Receiving Party's application to file Protected Material under seal pursuant to Civil Local Rule 79-5.2.2(b) is denied, then the Receiving Party, pursuant to Civil Local Rule 79-5.2.2(b)(ii), may file the information in the public case file (i.e., unsealed) no earlier than 4 days, and no later than 10 days, after the application is denied, unless the Court orders otherwise."

3. Paragraph 18 is modified to read as follows: "The Parties shall meet and confer regarding proposed procedures for use of Confidential Materials during a court hearing or at trial and may move the Court for entry of an appropriate order. The use of any Confidential Materials during a court hearing or at trial shall be governed by the Order(s) of the presiding judicial officer."

**IT IS SO ORDERED.**

DATED: October 17, 2024

/s/
Honorable Jacqueline Chooljian
United States Magistrate Judge

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

4886-2877-0017.1 / 114766-1199

2   PROPOSED PROTECTIVE ORDER